IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
DEC 03 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| EMILY CHURCHILL<br><br>Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY and Does 1-10,<br><br>Defendants. | CV-18-27-H-CCL<br><br>ORDER |

The parties having filed a Stipulation of Dismissal With Prejudice (Doc.23),

IT IS HEREBY ORDERED that the Complaint and this entire action is DISMISSED with prejudice, each party to bear her or its own costs and attorneys' fees.

Dated this 3th day of December, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE